RECEIVED IN
The Court of Appeals
Sixth District

JAN 2 0 2015

Texarkana, Texas
**Debra Autrey, Clerk**

ERIC L. HILL, #1917752
ALLRED UNIT/TDCJ-CID
2101 F. M. 369 N.
IOWA PARK, TEXAS 76367
JANUARY 11, 2015

FILED IN
The Court of Appeals
Sixth District

JAN 2 0 2015

Texarkana, Texas
Debra K. Autrey, Clerk

COURT CLERK
SIXTH COURT OF APPEALS
OF TEXAS
Bi state Justice Building
108 N State line ave
TEXARKANA, TEXAS 75501

In Re: ERIC L. HILL -v- THE STATE OF TEXAS,
APPEAL COURT No. 06-14-00044CR
TRIAL COURT No. 43089-B OF THE
124 DISTRICT COURT OF GREGG COUNTY, TEXAS.
REQUEST FOR THE REDUCTION OF COST

Dear Court Clerk of the Sixth Court of Appeals of Texas:

I, ERIC L. HILL, #1917752, an offender, who is confined in the Texas Department of Criminal Justice-Correctional Institutional Division at the Allred Unit, 2101 F. M. 369 N., Iowa Park, Texas 76367; which is located in Wichita County, Texas; who does declare, state, confirm, and plead under the penalty of perjury of the laws of the UNITED STATES and THE STATE OF TEXAS, in accordance with and pursuant to 28 U. S. C. sec. 1746 and TEX. CIV. PRAC. & REM. CODE, Sections 132.001-132.003 that the foregoing and instant REQUEST FOR REDUCTION OF COST is true and correct as declared, confirmed, and verfied by hereinafter signature and the date of its execution. As this REQUEST FOR REDUCTION IS relevant and applicable to the Reporter's Record and Clerk's Record currently on file and being reviewed by the Honorable Sixth Court of Appeals of Texas in the above styled and numbered appeal pending before this Court.

The Requesting Party would further ask that this Honorable Sixth Court of Appeals of Texas suspend the required and/or the applicable rules for form regarding this request as autbrized by and pursuant to Texas Rules of Appellate Procedure, Rule 2. Suspension of Rule. For the Requesting Party, the Appellant, would make known and plead that he is a person without funds to hire an

attorney; which, the trial court found the Requesting Party, the Appellant, to be indigent and ordered that the trial records be made avaialbe to the appointed attorney on appeal to prepare the required pleadings. And with this being the case, the Requesting Party, the Appellant was not ordered by the trial court to be given the records upon the completion of use by the attorneys in preparing their briefs. For this prompts the Requesting Party, the Appellant, to seek that a reduction in cost for securing a copy of the trial records on appeal be obtained.

Accordingly, the Requeting Party, the Appellant, does not earn any salary and/or wages for duties and servies performed during his confinement, as the TDCJ-CID does not pay any offenders. This has caused the Requesting Party, the Appellant, to seek out possible assistane in securing these records, if the same can be bought at a reduced coast of ten (10) cents a page. As this price would allow the Requesting Party, the Appellant to obtain the needed outside assistance of person(s) who may be able to make this payment.

Because this request may require the approval of a Justice, the Requsting Party, the Appellant, does request that the Honorable Clerk of the Sixth Court of Appeals of Texas present this request to an Honorable Justice for approval or denial as noted by his signatüre. For this only be needed, if the Honorable Clerk of the Court is unable to otherwise grant the request.

With this I close and await an itemized listing of cost and the cost of producing the trial records on appeal at a reduced cost.

Thank you, as I affix my signature on this date of January 12, 2015 declaring, confirming, and verifying the foregoing to be true and correct.

Respectfully submitted,

s// *Eric L. Hill*
ERIC L. HILL, #1917752
REQUESTING PARTY/APPELLANT
ALLRED UNIT/TDCJ-CID
2101 F.M. 369 N.
IOWA PARK, TEXAS 76367

ORDER
It is the ORDER OF THIS COURT THAT THE CLERK OF THE COURT PROvide the appellant with the trial records on appeal at a redu ed cost or ten (10) cents a page. granted/DENIED on this date of _____.

s/_____
Justice presiding